# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

## Certification of Death

| Field | Value |
|---|---|
| Disposition Permit Number | E007071 |
| State File Number | 305473-2025 |
| Decedent's Legal Name | Suzanne E. Womeldorf |
| Date of Death | January 18, 2025 |
| Alias | Not Applicable |
| Social Security Number | ****5774 |
| Sex | Female |
| Age | 69 Years |
| Date of Birth | 1955 |
| Birthplace | Harrisburg, Pennsylvania |
| Ever in US Armed Forces | No |
| Marital Status at Time of Death | Widowed |
| Residence Address | 732 N 2nd St, Lykens, Pennsylvania 17048-1403 |
| Surviving Spouse's Name | Not Applicable |
| Residence County | Dauphin |
| Parent's Name | Marlin Grim |
| Parent's Name | Emma Bordner |
| Informant's Name | Chris Crum |
| Informant's Relationship to Decedent | Son |
| Place of Death | Decedent's Residence, 732 N 2nd St |
| City or Town, State, and Zip Code | Lykens, Pennsylvania 17048-1403 |
| County of Death | Dauphin |
| Method of Disposition | Cremation |
| Place of Disposition | Dimon Crematory |
| Location of Disposition | Williamstown, Pennsylvania 17098 |
| Date of Disposition | January 23, 2025 |
| Time of Death | Pronounced: 4:00 AM |
| Name and Address of Funeral Facility | Dimon Funeral Home, 644 E Grand Ave Tower City, PA 17980-1104 |
| Funeral Director | Paul Dimon (Electronically Signed) |

**PART I. Cause of Death:**

Immediate Cause:
a. Complications Of Multiple Comorbidities — Approximate Interval Onset to Death: Years
b. <<<>>> — <<<>>>
c. <<<>>> — <<<>>>
d. <<<>>> — <<<>>>

**PART II. Other Significant Conditions Contributing to Death:**
Atrial Fibrillation, Chronic Diastolic Heart Failure, Coronary Artery Disease, Diabetes, Hypertension, Pulmonary Hypertension, Sleep Apnea

Was an Autopsy Performed? No
Were Autopsy Findings Available to Complete Cause of Death? Not Applicable

| Field | Value |
|---|---|
| Date of Injury | Not Applicable |
| Time of Injury | Not Applicable |
| Place of Injury | Not Applicable |
| Injury at Work | Not Applicable |
| Location of Injury | Not Applicable |
| Describe How Injury Occurred | Not Applicable |
| If Transportation Injury, Specify | Not Applicable |
| Did Tobacco Use Contribute to Death? | No |
| Pregnant at Time of Death? | Not pregnant within one year of death |
| Manner of Death | Natural |
| Hispanic Origin | No, not Spanish/Hispanic/Latino |
| Education | High school graduate or GED completed |
| Decedent's Race | White |
| Usual Occupation | Analyst |
| Kind of Business/Industry | Mfg. |

Certifier's Name & Title: *Thomas Reinhard Chief Deputy Coroner (Electronically Signed)*
Address: 1271 S 28th St, Harrisburg, PA 17111-1056
Date Certified: January 22, 2025
Registrar's Name/District Number: *Susan Sallada (Electronically Signed)*   54-498
Date Filed: January 23, 2025

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

*Lisa A. Hasselbrook*
Lisa A. Hasselbrook
State Registrar

*Susan Sallada* | 1/23/2025
Local Registrar | Date Issued

H105.805.1   REV (8/20)

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

L 921035675

---

DIMON FUNERAL HOME
644 E GRAND AVE
TOWER CITY, PA 17980-1104

Order Number: FHO20250153473

Certificate Fee: $20.00